# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE TRANSFER OF OFFENDERS pursuant to 18 U.S.C. § 4100, et seq.,<br><br>UNITED STATES OF AMERICA,<br>               Plaintiff,<br><br>v.<br><br>JAMES ROBERT LIANG,<br>               Defendant. | Case No. 1:19-mj-00169-SAB<br><br>ORDER ASSIGNING MAGISTRATE JUDGE TO PERFORM VERIFICATION PROCEEDINGS |

Pursuant to 28 U.S.C. § 636(g), the Honorable Stanley A. Boone, a United States Magistrate Judge for the Eastern District of California, Fresno Division, is assigned to perform the verification proceedings as required by 18 U.S.C. § 4107 commencing **on September 24, 2019, in Fresno, California,** relating to the proposed transfer of offender from the United States of America to **Germany**, and is also authorized to assign counsel for said offender as provided in 18 U.S.C. § 4109.

IT IS SO ORDERED.

    Dated: **September 16, 2019**          /s/ Lawrence J. O'Neill
                                                                      UNITED STATES CHIEF DISTRICT JUDGE

1